| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Ellie Lane Capital, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Your SolarMate** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-1511234** |
| 4. | Debtor's address | **Principal place of business**<br>**1320 Ynez Place, #181003**<br>**Coronado, CA 92178**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **yoursolarmate.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Ellie Lane Capital, LLC**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**5614**___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Ellie Lane Capital, LLC**  
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000          ☐ 25,001-50,000  
☐ 50-99          ☐ 5001-10,000          ☐ 50,001-100,000  
☐ 100-199        ☐ 10,001-25,000        ☐ More than100,000  
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion  
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **Ellie Lane Capital, LLC** Case number (*if known*)
     Name

         ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
         ☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
         ☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor  **Ellie Lane Capital, LLC**　　　　　　　　　　　　　　　　　Case number (If known) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 17 / 2024
　　　　　　　MM / DD / YYYY

X _/s/ Katherine Dextraze_　　　　　　　　　**Katherine Dextraze**
Signature of authorized representative of debtor　　Printed name

Title   **President and Partner Representative**

**18. Signature of attorney**

X _/s/ Vanessa M. Haberbush_　　　　　　　　Date  6/17/24
Signature of attorney for debtor　　　　　　　　　　MM/DD/YYYY

**Vanessa M. Haberbush 287044**
Printed name

**Haberbush, LLP**
Firm name

**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**
Number, Street, City, State & ZIP Code

Contact phone  **(562) 435-3456**　　　Email address _____

**287044 CA**
Bar number and State

## RESOLUTION OF THE MEMBERS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF THE COUNSEL

On June 3, 2024, a meeting of the members of Ellie Lane Capital, LLC dba Your SolarMate (the "Company") was convened at 9:00 a.m. All of the members of the Company were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Company, it was unanimously:

**RESOLVED** that the Company be authorized to file a petition seeking relief under Chapter 11 of Title 11 of Subchapter V, of the *United States Code* and that the managing member, Katherine Dextraze, be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Company is hereby authorized to employ HABERBUSH, LLP as its general bankruptcy counsel in the Chapter 11 Subchapter V bankruptcy case.

Dated: June 17, 2024        By: _____
                                 Katherine Dextraze, President and Partner
                                 Representative of Ellie Lane Capital, LLC dba Your
                                 SolarMate

Fill in this information to identify the case:

Debtor name: **Ellie Lane Capital, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Advantage Capital<br>909 Poydras Street, #2230<br>New Orleans, LA 70112 | Paul Castedo<br><br>pcastedo@advantagecap.com<br>504-648-8673 | Loan, Second Position | | $651,365.53 | $325,000.00 | $651,365.53 |
| First Bank of the Lake<br>4558 Osae Beach Parkway Suite100<br>Osage Beach, MO 65065 | Jason Rhee<br><br>jrhee@fblake.bank<br>573.746.2785 | SBA 7a Loan, First Position | | $4,811,448.77 | $325,000.00 | $4,486,448.77 |
| Green Lancer<br>150 West Jefferson Suite 100<br>Detroit, MI 48226 | Mitchell S. Zajac<br><br>(313) 225-7059 | Claim for refund | Disputed | | | $281,725.00 |
| Greg & Joy Khatchatourian<br>GCal Services, LLC<br>2897 Cape Drive<br>Corona, CA 92882 | Greg Khatchatourian<br><br>gkhatcha@gmail.com | Loan, 3rd Position | Disputed | $1,400,000.00 | $325,000.00 | $1,400,000.00 |
| The Akeeli Group, LLC<br>1800 St. James Place #303<br>Houston, TX 77056 | Bryan Dehan<br><br>bryan@theakeeligroup.com<br>713-622-1567 ext 101 | Vendor | Disputed | | | $950.00 |

Advantage Capital
909 Poydras Street, #2230
New Orleans, LA 70112


Benjamin Rizzo 2022 Irrevocable
Spousal Trust Owner's Equity
1200 Beechwood Blvd
Pittsburgh, PA 15206


CDJ Partners Owner's Equity
4785 Allistair Drive
Cumming, GA 30040


David Kemp Irrevocable Trust
4 Swifts Lane
Darien, CT 06820


First Bank of the Lake
4558 Osae Beach Parkway
Suite100
Osage Beach, MO 65065


Green Lancer
150 West Jefferson Suite 100
Detroit, MI 48226


Greg & Joy Khatchatourian
GCal Services, LLC
2897 Cape Drive
Corona, CA 92882


Katherine Dextraze
361 F Ave
Coronado, CA 92118


Kevin Mcgahey DBA.
5963 Winter Park Drive
North Richland Hills, TX 76180

Meghan Blick
3700 E. Williams Field Rd. Apt 3001
Gilbert, AZ 85295


Oak Legacy Management LLC
4925 Greenville Avenue, # 200
Dallas, TX 75206


Rhett Chase
361 F Ave
Coronado, CA 92118


Rob Stiefel
100 Orchard Rd
Paoli, PA 19301


Rogue Bandit LLC
3715 Kalamath St
Denver, CO 80211


The Akeeli Group, LLC
1800 St. James Place #303
Houston, TX 77056


Timothy Roberts
2117 Howell Mill Rd NW
Atlanta, GA 30318


Trevale Holdings
807 Allen Street, Suite 2057
Dallas, TX 75206