HABERBUSH, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
LANE K. BOGARD, ESQ., SBN 306972
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335
E-mail: vhaberbush@lbinsolvency.com

Proposed Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>ELLIE LANE CAPITAL, LLC, dba Your SolarMate,<br><br>Debtor and Debtor-in-Possession. | Case No. 3:24-bk-2207-CL11<br><br>**Chapter 11**<br><br>**FIRST DAY MOTION: STATEMENT OF DEBTOR AND DEBTOR-IN-POSSESSION RE MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL TO JULY 31, 2024**<br><br>[No Hearing Required Pursuant to LBR Appendix D1] |

    ELLIE LANE CAPITAL, LLC, dba Your SolarMate, Debtor and Debtor-in-Possession herein (hereinafter referred to as "Debtor"), hereby provides this statement related to its first day motion seeking an order authorizing use of cash collateral (the "Statement") pursuant to LBR Appendix D2. Debtor asserts that it has no such provisions that would typically not be authorized as set forth in LBR Appendix D2. Further, Debtor provides the below checklist as set forth in LBR Appendix D2:

///

///

///

| Description of Provision | Page No. | Line No. (if applicable) |
|---|---|---|
| Cross-collateralization clauses. | N/A | N/A |
| A provision or findings of fact that binds the estate or all parties in interest with respect to the validity, perfection, or amount of the secured party's lien or debt. | N/A | N/A |
| A provision that waives rights under 11 U.S.C § 506(c). | N/A | N/A |
| A provision that grants to the secured creditor a lien on the debtor-in-possession's claims and causes of action arising under 11 U.S.C. §§ 544, 545, 547, 548, and 549. | N/A | N/A |
| A provision that "rolls over" prepetition debt of the prepetition secured creditor to post-petition debt. | N/A | N/A |
| A provision that provides carve-outs for administrative expenses that do not treat all Chapter 11 professionals on a pro rata basis. | N/A | N/A |
| A provision that divests the debtor-in-possession of any discretion in the formulation of a plan or administration of the estate or limits access to the court to seek any relief under other applicable provisions of law | N/A | N/A |

Respectfully submitted,

HABERBUSH, LLP

Date: June 18, 2024

By, _____
VANESSA M. HABERBUSH, Proposed Attorneys for Debtor and Debtor-In-Possession