CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
HABERBUSH, LLP
VANESSA M. HABERBUSH, ESQ., SBN 287044
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
E-mail vhaberbush@lbinsolvency.com
Proposed attorneys for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re ELLIE LANE CAPITAL, LLC, dba Your SolarMate,

Debtor(s)

BANKRUPTCY NO. 3:24-bk-02207-CL11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, __Alexander S. Bostic__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __June 18, 2024__, I served the following documents:

1. First Day Motion of Debtor and Debtor-in-possession for Order Authorizing Interim Use of Cash Collateral to July 31, 2024; Memorandum of Points and Authorities; Declaration of Katherine Dextraze in Support of the Motion

2. First Day Motion: Statement of Debtor and Debtor-in-possession re Motion for Order Authorizing Interim Use of Cash Collateral to July 31, 2024

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __June 18, 2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
• Vanessa M Haberbush    vhaberbush@lbinsolvency.com; abostic@lbinsolvency.com; jborin@lbinsolvency.com; ahaberbush@lbinsolvency.com; dhaberbush@lbinsolvency.com

☐ Chapter 7 Trustee:

☐ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on   June 18, 2024  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

1) First Bank of the Lake (first priority secured creditor), sent via email to jrhee@fblake.bank at 9:40 am
2) Advantage Capital Investment Management, LLC (second priority secured creditor), sent via email to pcastedo@advantagecap.com; jdaigle@advantagecap.com at 9:40 am
3) GCal Services, LLC dba Your SolarMate, Greg Khatchatourian, and Joy Khatchatourian (disputed third priority secured creditor), sent via email to gkhatcha@gmail.com; pamela@thakurlawfirm.com at 9:40 am
4) Greenlancer (unsecured creditor), sent via email to zajac@butzel.com at 9:40 am
5) The Akeeli Group, LLC (unsecured creditor), sent via email to bryan@theakeeligroup.com at 9:40 am
6) Office of the United States Trustee, sent via email to ustp.region15sop@usdoj.gov at 9:40 am

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   June 18, 2024         Alexander S. Bostic  /s/
              (Date)                  (Typed Name and Signature)

                                     444 West Ocean Boulevard, Suite 1400
                                     (Address)

                                     Long Beach, CA 90802
                                     (City, State, ZIP Code)